```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ANOOP MICHAEL JOSEPH, a/k/a JOSEPH AMOOP<br><br>Petitioner,<br><br>v.<br><br>THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, et al.,<br><br>Respondents. | 20-cv-15473 (NLH)<br><br>**MEMORANDUM OPINION & ORDER** |

**APPEARANCES**:

Anoop Michael Joseph
a/k/a Joseph Amoop
JP8071
SCI @ Rockview
1 Rockview Place
Bellefonte, PA 16823

    Petitioner pro se

**HILLMAN**, District Judge

    WHEREAS, Petitioner Anoop Michael Joseph, also known as Joseph Amoop, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 on November 4, 2020, see ECF No. 1; and

    WHEREAS, the Court granted Petitioner's request to stay the § 2254 petition pending exhaustion of state court remedies, see ECF No. 2; and

    WHEREAS, Petitioner has filed an amended petition for writ of habeas corpus. ECF No. 3. The Court infers that Petitioner

has completed his state court proceedings and will reopen the § 2254 proceedings; and

WHEREAS, the Court will not instruct the State to respond at this time as it must review the amended petition under 28 U.S.C. § 2254 Rule 4.  This review shall occur in due course,

THEREFORE, IT IS on this __7th__ day of May, 2021

ORDERED that the Clerk shall reopen these proceedings; and it is further

ORDERED that no answer from the State is required at this time; and it is finally

ORDERED that the Clerk shall sent a copy of this Order to Petitioner by regular mail.

At Camden, New Jersey                     s/ Noel L. Hillman
                                                  NOEL L. HILLMAN, U.S.D.J.